

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00030-CV

**FORREST PONTIAC-BUICK-GMC TRUCKS, INC.,**

**Appellant**

 **v.**

**THOMAS M. PERNELL, AS TRUSTEE
OF THE PERNELL FAMILY TRUST,**

**Appellees**

_____

**From the 413th District Court
Johnson County, Texas
Trial Court No. C200400588**

## MEMORANDUM  OPINION

Appellant has filed a "Motion to Dismiss Appeal."  *See* TEX. R. APP. P. 42.1(a)(1).

It states that the trial court granted Appellant's motion for new trial and that this appeal

is moot.

Dismissal of this appeal would not prevent a party from seeking relief to which it

would otherwise be entitled.  The appeal is dismissed.

REX D. DAVIS
Justice


Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Dismissed
Opinion delivered and filed April 21, 2010
[CV06]